UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SETH ROWE, | CASE NO. C19-5502RBL |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Respondent. | |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 14]. Petitioner Rowe has not objected.

(1) The Report and Recommendation is **ADOPTED**.

(2) Rowe's federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

The clerk shall send a copy of this Order to Petitioner Rowe at his last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.


Dated this 29th day of October, 2019.


Ronald B. Leighton
United States District Judge